YEHIA A. HAMDY et al., Appellants, v FRANK D. DISPENZA et al., Respondents. [732 NYS2d 200] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Scudder, Burns and Gorski, JJ.